UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

TIMOTHY WARD                                                                                                    Plaintiff

v.                                                                                    Civil Action No. 3:25-CV-125-RGJ

SOUTHSIDE AUTO SALES #2 LLC                                                                           Defendant

\* \* \* \* \*

### ORDER

For the reasons set forth in the Memorandum entered this date, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that this action is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2) for failure to state a claim upon which relief may be granted.

**IT IS FURTHER ORDERED** that Plaintiff's state-law claims are **DISMISSED WITHOUT PREJUDICE**.

There being no just reason for delay in its entry, this is a **final Order**.

This Court further certifies that an appeal *in forma pauperis* would be frivolous and therefore would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date: July 10, 2025

*[Signature]*
Rebecca Grady Jennings, District Judge
United States District Court

cc: Plaintiff, *pro se*
    Counsel of Record
A961.014